UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AARON TYLER HUGHES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, ET AL.,<br><br>    Defendants.<br>_____/ | 1:09-cv-02224 LJO JLT<br><br>ORDER DIRECTING CLERK'S OFFICE TO AMEND DOCKET |

On December 23, 2009, Plaintiff submitted an application to proceed in forma pauperis. In the application, Plaintiff indicated that he is housed in the Kern County Jail, and provided a street address in Bakersfield as his address of record. The California Department of Corrections and Rehabilitation Inmate Locator Service indicates that Plaintiff is currently housed at Wasco State Prison.

Plaintiff is advised that, as a pro se prisoner, his address of record is his current place of incarceration. Plaintiff is obligated to advise the court of his current address. Local Rule 183(b). Failure to do so could result in dismissal of this action pursuant to Local Rule 110 for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall amend the docket in this case to reflect Plaintiff's current location at Wasco State Prison.

IT IS SO ORDERED.

Dated: **December 29, 2009**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

-1-